CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mark Anthony Herrera Jr**<br>DOB: 1990; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05224MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about July 17, 2026, in the District of Arizona, **Mark Anthony Herrera Jr**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Oscar Manuel Tovar-Benitez and Jose Luis Rosales-Gutierrez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 17, 2026, in the District of Arizona (Lukeville), at approximately 1:00 p.m., Border Patrol Agents (BPAs) assisted the Pima County Sheriff's Department (PCSD) in a vehicle stop near mile marker (MM) 40 on State Route (SR) 85. Sheriff's deputies stopped a vehicle for speeding. While conducting their stop, deputies encountered three individuals in the backseat wearing camouflage. Deputies suspected the subjects to be illegal aliens and contacted Border Patrol for assistance. Upon arriving, BPAs observed three subjects outside of a white Chevrolet Silverado wearing camouflage shirts, with carpet booties in front of them. These items are typically worn by illegal aliens traversing through the desert in an attempt to avoid detection by law enforcement. BPAs performed an immigration inspection of the subjects. The three subjects, including Oscar Manuel Tovar-Benitez and Jose Luis Rosales-Gutierrez, admitted to being citizens of Mexico and Guatemala, present in the United States illegally. Record checks revealed none of the subjects were in possession of the proper documentation to enter, pass through, or remain in the United States. BPAs then spoke to the driver, identified as **Mark Anthony Herrera Jr,** who was seated in the back of the PCSD deputy's patrol vehicle. **Herrera** stated that he didn't know that the subjects were illegal aliens. **Herrera** stated that he needed the money and didn't ask any questions. **Herrera** further stated that he didn't bring the subjects across the border, so he didn't think it was that bad.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Oscar Manuel Tovar-Benitez and Jose Luis Rosales-Gutierrez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>[signature] Maria S. Aguilera | DATE<br>July 20, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

26-05224MJ

Material witness Oscar Manuel Tovar-Benitez stated that he is a citizen of Mexico and works as an accountant. He decided to enter the United States illegally in search of a better life. His uncle, who is currently residing illegally in the United States, made all of the arrangements with the smuggler facilitators who assisted him with his illegal entry. He deposited approximately $300,000 MXN to his uncle so that the payments could be made to the smuggler facilitators. He further stated that the total smuggling fee was approximately $120,000 MXN. He illegally crossed the border with Rosales-Gutierrez on July 17, 2026, through an opening in the border barrier. During the crossing, he utilized Rosales-Gutierrez's cellular phone to receive directions from the scouts. They were not provided with a foot guide because the distance to the load up location was short and one was not necessary. After arriving at the load-up location, they waited approximately ten minutes for a vehicle to arrive. They were picked up in a white Chevrolet Silverado. The driver was a white male who did not speak Spanish. They were later stopped by Sheriff's deputies. They were traveling to Phoenix, Arizona and his final destination was Chicago, Illinois. He intended to work in residential remodeling with friends who live in the Chicago area.

Material witness Jose Luis Rosales-Gutierrez stated he is a citizen of Guatemala and works in agriculture and construction. He decided to travel to the United States illegally in order to earn money to pay debts he has in his home country. While at a bus station in Mexico, a smuggling facilitator approached him and asked where he was headed. He replied that he intended to cross into the United States illegally. He stated that he illegally crossed the international border through an opening in the border barrier with a group of two additional subjects. One of the subjects, Tovar-Benitez, borrowed his cellular phone to communicate with scouts and receive directions regarding where the group needed to travel. Rosales-Gutierrez followed Tovar-Benitez throughout the journey and the scouts instructed the group to load into a white vehicle. The vehicle they entered was believed to be a white Ram pickup truck. He was seated in the rear middle seat. He described the driver as a white male with tattoos on his right arm who did not speak Spanish. They were later stopped by the sheriffs, although he was unsure of the reason for the stop. His intended destination was Phoenix, Arizona. He was unsure of the total amount he was required to pay the smuggling organization, but believed he would ultimately owe approximately $3,000 USD.